UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 12-96 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Ronald Louis Trice, | |
| Defendant. | |

_____

This matter is before the Court on a request for early termination of supervised release.  Defendant began his eight-year term of supervised release in August 2020.  He has complied with the rules and regulations of supervised release, and the Probation Office believes he is no longer in need of supervision.  The Government does not oppose the request.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Request (Docket No. 68) is **GRANTED**; and

2. Defendant is **DISCHARGED** from supervised release and proceedings in this case are **TERMINATED**.

Dated:  September 18, 2024                     *s/ Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge